# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00009-JAD-VCF |
| vs. | **ORDER** |
| YARED RETTA, | |
| Defendant. | |

Before the Court is the Emergency Motion to Continue Evidentiary Hearing (#32).

IT IS HEREBY ORDERED that a telephonic hearing on the Emergency Motion to Continue Evidentiary Hearing (#32) is scheduled for 3:00 p.m., June 29, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 29th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE