UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Yared Retta,<br><br>    Defendant | 2:15-cr-00009-JAD-VCF-1<br><br>**Order Denying Government's Motion<br>to Extend Time [ECF 51]** |

    Yared Retta stands charged with one count of being a felon in possession of a firearm.[1] Retta moves to suppress any tangible evidence seized—including the gun that forms the basis for his charge—and any statements made as a result of his allegedly unlawful search and seizure.[2] Following an evidentiary hearing, Magistrate Judge Cam Ferenbach issued a report recommending that I deny Retta's motion to suppress.[3] The stipulated deadline to file objections to Judge Ferenbach's report and recommendation was October 2, 2015. Retta timely objected.[4] The government now seeks to extend its deadline to respond to Retta's objections;[5] Retta opposes extension.[6]

    The government seeks an extra 14 days to file its response. The government argues that it needs a transcript of the evidentiary hearing—which it timely requested but has not yet received—in

---

[1] ECF 1.

[2] ECF 20.

[3] ECF 45.

[4] ECF 50.

[5] ECF 51.

[6] ECF 53.

1  order to respond to Retta's objections.[7] Retta opposes the government's request. He argues that a
2  transcript of the hearing is not necessary; the government can simply use the audio recording from
3  the hearing and then supplement its response once it receives the transcripts, if necessary. I agree.
4  The government has ample resources with which to respond to Retta's objections—including an
5  audio recording of the hearing—and the government can supplement its response once it has the
6  transcripts, if truly necessary. Additionally, trial is just over one month away. Retta is in custody
7  and fears that his trial dates will be continued if his objections are not timely resolved.[8] For these
8  reasons, I find that an extension is not appropriate.
9        Accordingly, IT IS HEREBY ORDERED that the government must file any response to
10 Retta's objections [ECF 50] to Magistrate Judge Ferenbach's Report and Recommendation [ECF 45]
11 by **October 29, 2015**.
12 Dated this 26 day of October, 2015

                                            _____
                                            Jennifer A. Dorsey
                                            United States District Judge

---

[7] ECF 51 at 2.

[8] ECF 52 at 1–2.