DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-009-JAD-VCF |
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO FED. R. CRIM. P. 48(A)** |
| vs. | |
| YARED RETTA, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed against the Defendant, Yared Retta, on January 13, 2015, charging him with one (1) count of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). *See* Docket #1.

On December 29, 2015, the Court issued an Order granting the Defendant's Motion to Suppress. *See* Docket #63. The Government does not intend to appeal the Court's Order. Given the Order's finding that the firearm that was found inside of the vehicle the Defendant was driving should be suppressed, the Government does not wish to continue with the instant

1 | prosecution.   Consequently, the instant case should be dismissed, and the Government hereby so
2 | moves.
3 | Dated this the 2nd day of February, 2016.

        Respectfully Submitted,

        DANIEL G. BOGDEN
        United States Attorney

            /s/
By: _____
        PHILLIP N. SMITH, JR.
        Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-009-JAD-VCF |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| YARED RETTA, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, **IT IS ORDERED**, that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on January 13, 2015 in the above-captioned case is hereby **DISMISSED**.

DATED this 2nd day of February, 2016.

_____
Hon. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3